UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT PADUCAH
CIVIL ACTION NO. 5:25-CV-00020-CRS-LLK

FELICIA B.                                                                                               PLAINTIFF

v.

COMMISSIONER OF SOCIAL SECURITY                                          DEFENDANT

### ORDER

The magistrate judge has filed his Report and Recommendation (DN 20); no objections thereto have been filed and the time for filing objections has expired. Therefore, the magistrate judge's Findings of Fact, Conclusions of Law and Recommendation **(DN 20)** are hereby **ACCEPTED AND ADOPTED IN THEIR ENTIRETY** and incorporated by reference herein. A separate judgment will be entered this date affirming the denial of disability insurance and supplemental security income benefits to the plaintiff, Felicia B.

**IT IS SO ORDERED**.



Charles R. Simpson III, Senior Judge
United States District Court

March 3, 2026